IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

NATALIE GONZALEZ                                                                    PLAINTIFF

v.                                                                CAUSE NO. 3:26-CV-96-SA-JMV

SHANTONU BASU                                                                     DEFENDANT

ORDER DISMISSING CASE

On May 4, 2026, Magistrate Judge Virden entered an Order [4], wherein she recommended that this lawsuit be dismissed "for failure to state a claim and frivolity[.]" [4] at p. 3. Although the Order [4] explained the applicable procedure for Gonzalez to object to the recommendation, Gonzalez has not filed an objection, and the time to do so has now passed.[1]

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Order [4] and the record as a whole. Having done so, the Court wholly agrees with Magistrate Judge Virden's recommendation. There is no plain error on the face of the record. The recommendation is ADOPTED IN FULL.

Gonzalez's claims are hereby DISMISSED. This CASE is CLOSED.

SO ORDERED this the 27th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In fact, the Clerk of Court mailed the Order [4] to the address Gonzalez provided, and it was returned as undeliverable.

1